FILED
06-07-2021
John Barrett
Clerk of Circuit Court
2020CV005352

DATE SIGNED: June 7, 2021

<u>Electronically signed by Honorable Christopher R. Foley</u>
Circuit Court Judge

STATE OF WISCONSIN   CIRCUIT COURT   MILWAUKEE COUNTY

---

ALFONSO MORALES,

                Petitioner,

vs.                                      Case No. 20-CV-5352
                                        Case Code 30607

CITY OF MILWAUKEE and
BOARD OF FIRE AND POLICE COMMISSIONERS,

                Respondents.

---

## ORDER FOR REINSTATEMENT

---

      A hearing was conducted via Zoom conference before the Court on May 19, 2021 with respect to Petitioner's motion to enforce (Dkt. #20) this Court's prior decision and order (Dkt. #17). The Court, after hearing and considering the arguments of counsel and the written filings of the parties and their counsel, and for the reasons, findings and determinations more fully stated on the record of the May 19th hearing,

      IT IS HEREBY ORDERED THAT:

**Exhibit 3**

1.　　Petitioner's motion to enforce is granted for the reasons stated on the record, and the Court hereby orders that the Petitioner is and be reinstated as Chief of Police of the City of Milwaukee Police Department.

2.　　The Court's order granting the Petitioner's motion and for reinstatement is stayed for a period of forty-five (45) days from May 19, 2021, pending a possible resolution by the parties. If a resolution in principle is reached between the parties before the expiration of that 45 days and additional time is necessary for administrative and Common Council approval of the resolution, the stay is extended for a period not to exceed an additional 60 days. If approval is not granted, the stay is immediately lifted and Petitioner is reinstated as set forth in Par. 3 below.

3.　　Should there be no resolution reached that is acceptable to the parties and presented to this Court during that time, after forty-five (45) days, the stay is dissolved, and the Petitioner Alfonso Morales is and shall be fully reinstated to his position as Chief of Police of the City of Milwaukee Police Department, and he shall resume his position, authority and duties as Chief of Police at that time.

*morales/order 2021-05-21*