UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALFONSO MORALES,

        Plaintiff,

    v.

Case No. 21–CV-732

CITY OF MILWAUKEE,
BOARD OF FIRE AND POLICE COMMISSIONERS,
GRISELDA ALDRETE, STEVEN DEVOUGAS, NELSON SOLER,
ANN WILSON, FRED CROUTHER, ANGELA MCKENZIE,
EVERETT COCROFT and RAYMOND ROBAKOWSKI,
Members of City of Milwaukee Fire and Police Commission,
individually and in their official capacity.

        Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL

---

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: this law office represents the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff notifies the Court and parties that he voluntarily dismisses this entire case. Such dismissal shall be without prejudice, with each side to bear its own costs and attorney fees.

Dated this 13th day of September, 2021.

                                  GIMBEL, REILLY, GUERIN & BROWN LLP

                    By:
                       /s/Jaclyn C. Kallie
                       JACLYN C. KALLIE
                       State Bar No. 1088902
                       jkallie@grgblaw.com
                       FRANKLYN M. GIMBEL
                       State Bar No. 1008413
                       fgimbel@grgblaw.com
                       RAYMOND M. DALL'OSTO
                       State Bar No. 1017569
                       dallosto@grgblaw.com
                       BRIANNA J. MEYER
                       State Bar No. 1098293
                       bmeyer@grgblaw.com
                Attorneys for Plaintiff Alfonso Morales

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440
Fax: 414/271-7680

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALFONSO MORALES,

        Plaintiff,                                  Case No. 21–CV-732

v.

CITY OF MILWAUKEE,
BOARD OF FIRE AND POLICE COMMISSIONERS,
GRISELDA ALDRETE, STEVEN DEVOUGAS, NELSON SOLER,
ANN WILSON, FRED CROUTHER, ANGELA MCKENZIE,
EVERETT COCROFT and RAYMOND ROBAKOWSKI,
Members of City of Milwaukee Fire and Police Commission,
individually and in their official capacity.

        Defendants.

---

## CERTIFICATE OF SERVICE
---

       I, Jaclyn C. Kallie, an attorney with the law firm of Gimbel, Reilly, Guerin & Brown LLP, hereby certify under penalty of perjury under the laws of the State of Wisconsin that on the 13th day of September, 2021, I caused to be electronically filed Plaintiff's Notice of Voluntary Dismissal with the Clerk of the Court using the ECF system. I further certify that I caused the above-referenced document to be sent via U.S. Mail to the following non-ECF participant: Attorney Nathaniel Cade.

       Dated this 13th day of September, 2021.

                                                By:    /s/ Jaclyn C. Kallie
                                                          JACLYN C. KALLIE
                                                          State Bar No. 1088902
                                                          jkallie@grgblaw.com
                                                    Attorney for Plaintiff Alfonso Morales

GIMBEL, REILLY, GUERIN & BROWN LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202